1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON

10

TIMOTHY J. DIETZ,

Plaintiff,

11

12

vs.

13

CONVERGENT OUTSOURCING, INC.,

Defendant.

14

15

16

CASE No.  3:14-cv-5838

(Removed from Cowlitz County District Small Claims Court, Case No. 14-S-219)

**CONVERGENT OUTSOURCING, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**[FED R. CIV. P. 7.1(A); LCR 7.1]**

17

18

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1,

Convergent Outsourcing, Inc. ("Convergent") hereby states as follows:

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

25

**PAGE -1- CONVERGENT OUTSOURCING, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**GORDON & REES** LLP
Columbia Center
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822

1     1.  There are no publicly held companies that own ten percent or more of the stock of

2   Convergent Outsourcing, Inc.

3     2.  Account Control Technology Holdings, Inc., and Convergent Resources, Inc. are

4   privately held parent companies of Convergent Outsourcing, Inc.

5                                          Respectfully submitted,

6

7   Dated October 21, 2014                 GORDON & REES LLP

8

9                               By:   /s/ Christopher E. Hawk
                                      Christopher E. Hawk WSBA#: 43307
10                                    chawk@gordonrees.com
                                      Attorneys for Defendant
11                                    CONVERGENT OUTSOURCING, INC.
                                      Gordon & Rees LLP
12                                    Columbia Center
                                      701 Fifth Avenue, Suite 2100
13                                    Seattle, WA 98104
                                      Phone: (206) 695-5100
14                                    Fax: (206) 689-2822

15

16

17

18

19

20

21

22

23

24

25

**PAGE -2- CONVERGENT OUTSOURCING, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**GORDON & REES** LLP
Columbia Center
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822