UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY J. DIETZ,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | CASE NO.  3:14-cv-5838<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that, on this day, and pursuant to the FRBP, I served via US Mail, a true and correct copy of the foregoing Notice of Removal, Civil Cover Sheet, Exhibit A, and Corporate Disclosure Statement to the *pro se* party below.

Timothy J. Dietz
3501 S. 38th Street, #Y69
Tacoma, WA  98409
   *Pro se Defendant*

Executed on October 21, 2014 at Portland, Oregon.

GORDON & REES LLP


By:  /s/ Betsy Fernley
     Betsy Fernley,
     Assistant to Christopher E. Hawk

CERTIFICATE OF SERVICE

GORDON & REES LLP
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600