UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: CONVERGENT TELEPHONE CONSUMER PROTECTION ACT LITIGATION

**TIMOTHY J. DIETZ**

      **Plaintiff,**

  vs.

**CONVERGENT OUTSOURCING, INC.**
      **Defendant.**

MDL No. 2478

3:15-cv-00264-AWT

FEBRUARY 26, 2015

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas C. Blatchley, as attorney for the defendant, Convergent Outsourcing, Inc., in the above-captioned matter.

Respectfully submitted,

DEFENDANT,

CONVERGENT OUTSOURCING, INC.

BY  /s/ Thomas C. Blatchley
   Thomas C. Blatchley (ct25892)
   Gordon & Rees LLP
   95 Glastonbury Blvd., Ste 206
   Glastonbury, CT 06033
   Phone: (860) 278-7448
   Fax: (860) 560-0185
   Email: tblatchley@gordonrees.com

Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on February 26, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

BY  /s/ *Ashley V. Bello*
Ashley V. Bello