UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

IN RE: CONVERGENT TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

---

**TIMOTHY J. DIETZ**

    **Plaintiff,**

  **vs.**

**CONVERGENT OUTSOURCING, INC.**
    **Defendant.**

MDL No. 2478

3:15-cv-00264-AWT

FEBRUARY 26, 2015

---

## NOTICE OF APPEARANCE

Please enter the appearance of Allison J. Fernandez, as attorney for the defendant, Convergent Outsourcing, Inc., in the above-captioned matter.

    Respectfully submitted,

    DEFENDANT,

    CONVERGENT OUTSOURCING, INC.

    BY /s/ Allison J. Fernandez
       Allison J. Fernandez (*pro hac vice*)
       Gordon & Rees LLP
       633 West Fifth Street, 52nd Floor
       Los Angeles, CA 90071
       Phone: (213 576-5000
       Fax: (877) 306-0043
       Email: afernandez@gordonrees.com

    Its Attorney

## **CERTIFICATION OF SERVICE**

I hereby certify that on February 26, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                          BY  /s/ *Jeanne Farrar*
                                                                Jeanne Farrar